IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-310C |
| | ) | (Judge Thomas C. Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S REQUEST FOR ENLARGEMENT
OF TIME ON BEHALF OF PARTIES TO FILE JPSR

Defendant, the United States, respectfully requests on behalf of both parties an enlargement of time of 25 days, to and including September 8, 2006, to prepare and file the parties' Joint Preliminary Status Report (JPSR). The JPSR is currently due on August 14, 2006. This is the parties' first request for an extension of time for this purpose. Defendant's counsel has contacted plaintiff's counsel who represents that he will join us in this motion.

The parties have discussed the issues pertaining to the preparation of the JPSR. However, they require additional time to discuss the various proposals under consideration with their clients and to reach agreement upon the JPSR language. Counsel for the Government will be out of the office from August 2 through 18, 2006, and counsel for the plaintiff will be out of the office from August 21 through 25, 2006. Therefore, the parties will not be able to complete their preparation of the JPSR until the first week in September 2006.

For these reasons, we respectfully request that the Court grant our request for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

Attorneys for Defendant

OF COUNSEL:

STACY PROCTER
Defense Contract Management Agency
Carson, CA 90746

JULY 28, 2006

CERTIFICATE OF FILING

I hereby certify that on this 28th day of JULY, 2006, a copy of “DEFENDANT’S REQUEST FOR ENLARGEMENT OF TIME ON BEHALF OF PARTIES TO FILE JPSR” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd