# In the United States Court of Federal Claims

No. 06-310C

(Filed: October 10, 2006)

| | |
|---|---|
| ***************************************** | * |
| | * |
| TEKNOWLEDGE CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ***************************************** | * |

## PRETRIAL SCHEDULING ORDER

On October 10, 2006, the Court held a Preliminary Scheduling Conference with counsel for the parties, pursuant to Appendix A, paragraph 7 of the Court's Rules. During the conference, the Court agreed to the following schedule based on the parties' September 8, 2006 Joint Preliminary Status Report:

1. Plaintiff's expert reports are due on or before February 26, 2007;

2. Fact discovery shall conclude on or before June 1, 2007;

3. Defendant's expert reports are due on or before June 29, 2007;

4. Expert discovery shall conclude on or before September 28, 2007;

5. On or before October 15, 2007, the parties shall submit to the Court a Joint Status Report.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge