IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-310C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 60 days, to and including July 31, 2007, the deadline for fact discovery in the above-titled matter. This is the first request for an enlargement of time for this purpose. Fact discovery is currently scheduled to conclude on June 1, 2007. The United States further requests that the current deadline of June 29, 2007 for the submission of defendant's expert report be enlarged by 60 days to August 28, 2007. The United States also requests that all subsequent dates be enlarged by 60 days. On May 14, 2007, counsel for the Government obtained plaintiff's consent to seek this motion.

On February 26, 2007, counsel for the Government entered his appearance after the matter was transferred to him. At or about that time, agency counsel was replaced. Consequently counsel for the Government and agency counsel assigned to this matter required time to become familiar with this case and to assess the status of discovery. Pursuant to the Court's scheduling order, the Government designated its expert on April 6, 2007. On April 17, 2007, the Government propounded interrogatories, requests for admission, and document requests on the plaintiff. The return date for responses to these discovery requests is May 21,

2007. While asking plaintiff's consent to this motion, counsel for the Government agreed to plaintiff's request permitting it an extra seven days to respond to the Government's discovery requests. Once it receives plaintiff's responses, the Government will be in a position to determine whom, if anyone, it wishes to depose. Therefore, enlarging the time allowed for discovery will allow the parties to complete the necessary depositions, written discovery, and file any motions to compel that may be necessary. Plaintiff has not propounded any fact discovery nor noticed any depositions.

Granting this request for an enlargement should not cause any material inconvenience, prejudice or delay. Accordingly, we respectfully request that this Court enlarge by 60 days, to and including July 31, 2007, the deadline for fact discovery in this matter, enlarge by 60 days to an including August 28, 2007, the deadline for submitting the Government's expert report, and that all subsequent dates be enlarged by 45 days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

Dated: May 17, 2007

S/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of May, 2007, a copy of the foregoing “Defendant’s Unopposed Motion for Enlargement of Time” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ David M. Hibey