# In the United States Court of Federal Claims

No. 06-310C

(Filed: May 22, 2007)

*************************************** *
*
TEKNOWLEDGE CORPORATION, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**DISCOVERY SCHEDULING ORDER**

On May 17, 2007, Defendant filed an unopposed motion for an enlargement of time to complete fact discovery. For good cause shown, Defendant's motion is GRANTED. The modified discovery schedule is as follows:

1. Fact discovery shall conclude on or before July 31, 2007;

2. Defendant's expert report is due on or before August 28, 2007;

3. Expert discovery shall conclude on or before November 12, 2007;

4. On or before November 29, 2007, the parties shall submit to the Court a Joint Status Report.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge