IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-310C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, and plaintiff Teknowledge Corporation respectfully request that the Court enlarge by 110 days, to and including March 3, 2007, the deadline for expert discovery in the above-titled matter. This is the first request for an enlargement of time for this purpose.[1] Expert discovery is currently scheduled to conclude on November 12, 2007.

The parties request this extension of time because a key fact witness, David Burkhartsmeier, has been incapacitated due to ill health since July 2007, and he will not be able to be deposed at least until January 2008. Mr. Burkhartsmeier is the contracting officer whose final decision is the subject of the plaintiff's complaint. Plaintiff noticed Mr. Brukhartsmeier's deposition for July 24, 2007. Mr. Burkhartsmeier, however, was admitted to the hospital on or about July 17. At the time of his hospital admission, it was believed that Mr. Burkhartsmeier would recover and be available for deposition soon but after fact discovery ended on July 31, 2007. The parties agreed that we would proceed with Mr. Burkhartsmeier's deposition once he

[1]On May 22, 2007, this Court granted the Government's unopposed motion for an enlargement of time to complete fact discovery until July 31, 2007.

had recuperated. Counsel for the Government recently learned that Mr. Burkhartsmeier is not scheduled to return to work until January 2008.. Expert discovery is scheduled to conclude on November 12, 2007.

Each party has retained one expert witness. The parties have exchanged expert reports, but experts have not been deposed. The parties believe that expert depositions should only occur after Mr. Burkhartsmeier has been deposed. Although we expect that Mr. Burkharstmeier will be available for deposition sometime in January we are unsure as to when exactly his schedule will permit him to do so. Based upon the vagaries of Mr. Burkhartsmeier's availability and the scheduling of expert depositions following his deposition, the parties believe that extending expert discovery until March 3, 2008 will accommodate all schedules.

Granting this request for an enlargement should not cause any material inconvenience, prejudice or delay. Presently there is no scheduled deadline for filing dispositive motions or a trial date. Accordingly, we respectfully request that this Court enlarge by 110 days, to and including March 3, 2007, the deadline for expert discovery in this matter.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

OF COUNSEL:

s/ Benedict O'Mahoney
BENEDICT O'MAHONEY
Tecknowledge Corp.
1800 Embarcadero Road
Palo Alto, CA 94303
Tele: (650) 424-0500

Attorney for Plaintiff

S/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

Dated: November 7, 2007

CERTIFICATE OF FILING

I hereby certify that on this 7th day of November, 2007, a copy of the foregoing "Joint Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey