# In the United States Court of Federal Claims

No. 06-310C

(Filed: November 15, 2007)

```
**************************************** *
                                         *
TEKNOWLEDGE CORPORATION,                 *
                                         *
                  Plaintiff,             *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                  Defendant.             *
                                         *
**************************************** *
```

**AMENDED DISCOVERY SCHEDULING ORDER**

On November 15, 2007, the parties filed a joint motion for an enlargement of time to complete expert discovery. For good cause shown, the motion is GRANTED. The modified discovery schedule is as follows:

1. Expert discovery shall conclude on or before March 3, 2008;

2. On or before March 19, 2008, the parties shall submit to the Court a Joint Status Report indicating how they wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge