IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-310C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's November 15, 2007 order, the parties respectfully submit this joint status report. The November 15 order was precipitated by the parties' motion to enlarge discovery to permit the deposition of David Burkhartsmeier, the administrative contracting officer who issued the final decision in this matter. Mr. Burkhartsmeier was originally scheduled to be deposed in July 2007. Days before his scheduled deposition, Mr. Burkhartsmeier became seriously ill and remained in the hospital for several months. The parties were informed that Mr. Burkhartsmeier was planning to return to work in January 2008 and that he would be available for deposition soon thereafter. Due to continued poor health, Mr. Burkhartsmeier has not been able to return work, and he has retired from service. The parties are further informed that Mr. Burkhartsmeier is in no condition to be examined at this point, and the plaintiff has indicated that it does not wish to proceed with his deposition.

This matter involves the allocability of certain costs incurred by the plaintiff, Teknowedge Corporation, in connection with its software called TekPortal for calendar year 2001. The parties are informed that it is expected during the next two months that the Defense Contract Management Agency will issue a contracting officer's final decision involving the plaintiff's cost accounting for this same software for the years

2002 and 2003. It is reasonable to believe that the anticipated final decision will trigger another claim that could be consolidated with this matter.

Notwithstanding, the potential of additional claims, the government believes that it would be appropriate for the court to consider a motion for summary judgment. The parties believe that the following schedule would be appropriate: Defendant's motion for summary judgment filed on or before May 13, 2008; plaintiff's response and/or cross-motion filed no later than June 13, 2008 and defendant's response and/or opposition to be filed no later than July 13, 2008.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Benedict O'Mahoney
BENEDICT O'MAHONEY
Teknowledge Corp.
1800 Embarcadero Road
Palo Alto, CA 94303
Tele: (650) 424-0500

Attorneys for Plaintiff
Match 19, 2008

/s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 19th day of March, 2008, a copy of the "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David M. Hibey