# In the United States Court of Federal Claims

No. 06-310C

(Filed: March 20, 2008)

| | |
|---|---|
| ************************************** | * |
| | * |
| TEKNOWLEDGE CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************** | * |

**SCHEDULING ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic status conference in the above-captioned case on April 1, 2008 at 2:00 PM to discuss how the parties wish to proceed.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge