# In the United States Court of Federal Claims

No. 06-310C

(Filed: April 1, 2008)

| | |
|---|---|
| *************************************** | * |
| | * |
| TEKNOWLEDGE CORPORATION, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**SCHEDULING ORDER**

On March 19, 2008, the parties filed a joint status report in which the Government indicated the matter may be resolved through summary judgment. The Court conducted a telephonic status conference on April 1, 2008, and counsel for the parties agreed the material facts are not in dispute. Pursuant to the schedule proposed in the joint status report, the Court requests that the parties observe the following deadlines:

1. Defendant shall file its motion for summary judgment along with the parties' joint set of stipulated facts and relevant exhibits on or before May 13, 2008.

2. Plaintiff shall file its response and cross motion for summary judgment on or before June 13, 2008.

3. Defendant shall file its response and reply on or before July 14, 2008.

4. Plaintiff shall file any reply in support of its cross-motion on or before July 28, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge