IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-310C<br>(Judge Wheeler) |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 45 days, to and including June 27, 2008, the deadline for the Government to file its motion for summary judgment. This is the first request for an enlargement of time for this purpose. Currently our motion for summary judgement is scheduled to be filed on or before May 13, 2008. Counsel for the plaintiff consents to this motion.

An enlargement of time is necessary because undersigned counsel has not had the opportunity to dedicate resources to prepare an adequate motion. Until this week and since April 1, 2008, when the Court convened a status conference and issued a scheduling order directing the Government to file its summary judgment motion by May 13, 2008, undersigned counsel had been in his office for three business days. During that time away, Government counsel has traveled to New York City for oral argument in the Court of International Trade and traveled extensively to prepare, take and defend depositions in Colorado Springs, CO, Denver, CO, Seattle, WA and Anchorage, AK. The depositions are in connection with the matter of Kiewit-Manson JV. v. United States (No. 06-796) (Ct. Fed. Cl.) That matter is currently scheduled for a

2 ½ week trial beginning on May 27, 2008 in Anchorage, AK. Appendix A filings are due on May 9, 2008.

We do not believe that granting this request for an enlargement should cause any material inconvenience, prejudice or delay. Accordingly, we respectfully request that this Court enlarge by 45 days, to and including June 27, 2007 the deadline for the Government to file its motion for summary judgment in this matter.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of May, 2008, a copy of the foregoing "Defendant's Consent Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey