# In the United States Court of Federal Claims

No. 06-310C

(Filed: May 9, 2008)

```
**************************************** *
                                         *
TEKNOWLEDGE CORPORATION,                 *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**AMENDED SCHEDULING ORDER**

On May 8, 2008, counsel for Defendant filed an unopposed motion for a 45-day enlargement of time to file its motion for summary judgement. For good cause shown, Defendant's motion is GRANTED. Accordingly, the briefing schedule is modified as follows:

1. Defendant shall file its motion for summary judgment along with the parties' joint set of stipulated facts and relevant exhibits on or before June 27, 2008.

2. Plaintiff shall file its response and cross motion for summary judgment on or before July 28, 2008.

3. Defendant shall file its response and reply on or before August 28, 2008.

4. Plaintiff shall file any reply in support of its cross-motion on or before September 11, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge