IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-310C<br>(Judge Wheeler) |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days, to and including July 28, 2008, the deadline for the Government to file its motion for summary judgment. This is the second request for an enlargement of time for this purpose. Currently our motion for summary judgement is scheduled to be filed on or before June 27, 2008. Counsel for the plaintiff consents to this motion.

An enlargement of time is necessary because counsel for the Government has not had the opportunity to dedicate resources to prepare a draft joint stipulation of facts or an adequate motion. Counsel was in Anchorage, Alaska from May 21 through June 7, 2008, for trial in Kiewit-Manson JV. v. United States (No. 06-796C) (Ct. Fed. Cl.). Since counsel's return from Alaska, he has devoted extensive time to post-trial activities in that same matter. Counsel has also devoted time to resolving the consolidated matter of Simon Roofing and Sheet Metal Corp. v. United States, (Nos. 07-267C and 07-409C) (Ct. Fed. Cl.). During Government counsel's trial in Alaska, counsel received an order from the United States Court of Appeals for the Federal Circuit to prepare a response by June 13, 2008, to appellant's petition for panel rehearing in

International Technology Corporation v. Donald C. Winter, Secretary of the Navy, (Fed. Cir. No. 2007-1276). The Court granted the Government a two week extension until June 27, 2008 to prepare its response. Counsel for the Government will also begin bid protest duty on July 7 lasting through July 18, 2008.

We do not believe that granting this request for an enlargement should cause any material inconvenience, prejudice or delay, and as a consequence of the above-mentioned obligations, we respectfully request that this Court enlarge by 31 days, to and including July 28, 2008, the deadline for the Government to file its motion for summary judgment.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Todd M. Hughes
TODD M. HUGHES
Deputy Director

s/ David M. Hibey
DAVID M. HIBEY
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-0163
Fax: (202) 514-8624
Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of June, 2008, a copy of the foregoing "Defendant's Consent Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David M. Hibey