IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEKNOWLEDGE CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 06-310C |
| | ) | (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff respectfully requests the Court's permission to file an amended response to defendant's motion for summary judgment. Defendant's counsel has indicated that he has no objection to the granting of this motion.

Plaintiff filed its opposition to defendant's motion for summary judgment today, which is the date indicated by the Court's scheduling order. This is also the date indicated for the filing of plaintiff's cross-motion for summary judgment. However, plaintiff did not include the cross-motion for summary judgment in the same document as the opposition to summary judgment as required by Court of Federal Claims Rule 7.2(e). Consequently, plaintiff seeks to amend the opposition for summary judgment to include the cross-motion for summary judgment.

According, plaintiff respectfully requests that the Court grant this motion to file an amended opposition to defendant's motion for summary judgment, a copy of which is attached hereto.

Respectfully submitted,

s/ Benedict O'Mahoney
BENEDICT O'MAHONEY
Teknowledge Corporation
2595 East Bayshore Road, Suite 250
Palo Alto, CA 94404
Email: bomahone@teknowledge.com
Tel. (650) 494-5434
Fax (650) 493-2645

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 28th day of August, 2008, a copy of the foregoing "Plaintiff's Unopposed Motion For Leave To Amend Plaintiff's Opposition To Defendant's Motion For Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Benedict O'Mahoney